HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY DEL VECCHIO,<br><br>              Plaintiff,<br><br>   v.<br><br>WEATHERGUARD, INC., a Washington State Company,<br><br>             Defendant. | No. 3:21-cv-05580-BJR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE** |

## **STIPULATION**

Plaintiff Anthony Del Vecchio and Defendant Weatherguard, Inc. (the "Parties"), by and through their attorneys of record, respectfully request that the Court enter an Order extending the time for Defendant to answer Plaintiff's Complaint from Tuesday, September 7, 2021, <u>to Tuesday, September 21, 2021</u>.

In support of this request, the parties represent the following to the Court:

1. On August 17, 2021, Plaintiff filed the above-captioned lawsuit. *See* Dkt. 1.

2. Copies of the Summons and Complaint were served on Defendant Weatherguard, Inc. on or about August 17, 2021.

3. Defendant Weatherguard, Inc. has requested a brief, two-week extension of the Answer deadline, and Plaintiff has agreed to this request.

STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE - 1
(3:21-cv-05580-BJR)
4823-7929-0105v.1 0050033-006202

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4. The parties stipulate to an extension of the deadline for Defendant's Answer to Plaintiff's Complaint from Tuesday, September 7, 2021, <u>to Tuesday, September 21, 2021</u>.

Stipulated and respectfully submitted this 3rd day of September, 2021.

| | |
|---|---|
| SKIDMORE FOMINA PLLC<br>*Attorneys for Plaintiff Anthony Del Vecchio*<br><br>*Per email authority provided 09/03/2021:*<br>By   /s/ Vera P. Fomina<br>   Vera P. Fomina, WSBA #49388<br>   Gregory M. Skidmore, WSBA #47462<br>   Damien N. Villarreal, WSBA #50708<br>   14205 SE 36th Street, Suite 100<br>   Bellevue, WA  98006<br>   Telephone:  206.495.8585<br>   Email:  vfomina@skidmorefomina.com<br>   Email:  gskidmore@skidmorefomina.com<br>   Email:  dvillarreal@skidmorefomina.com | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys Defendant Weatherguard, Inc.*<br><br><br>By   /s/ Victoria M. Slade<br>   Gillian M. Murphy, WSBA #37200<br>   Victoria M. Slade, WSBA #44597<br>   920 Fifth Avenue, Suite 3300<br>   Seattle, WA  98104-1610<br>   Telephone:  206.622.3150<br>   Email:  gillianmurphy@dwt.com<br>   Email:  vickyslade@dwt.com |

## ORDER

Based upon the Stipulated Motion to Extend Answer Deadline, the deadline to file an Answer to Plaintiff's Complaint is extended from Tuesday, September 7, 2021, <u>to Tuesday, September 21, 2021</u>.

Dated: September 3, 2021.

_____
BARBARA JACOBS ROTHSTEIN
United States District Court Judge

STIPULATED MOTION AND ORDER TO
EXTEND ANSWER DEADLINE - 2
(3:21-cv-05580-BJR)
4823-7929-0105v.1 0050033-006202

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax