The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY DEL VECCHIO,<br><br>    Plaintiff,<br><br>  v.<br><br>WEATHERGUARD, INC., a Washington State Company,<br><br>    Defendant. | No. 3:21-cv-05580-BJR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE BY 120 DAYS** |

## **STIPULATED MOTION**

Plaintiff Anthony Del Vecchio ("Plaintiff") and Defendant Weatherguard, Inc ("Defendant") move the Court for an Order extending the trial date by 120 days. The parties seek this extension to keep the costs of litigation down, and conduct necessary settlement discussions. The extension of 120 days is sought because if the case is not resolved, the parties will require the additional time to comply with other court deadlines.

The parties have conducted and continue to conduct discovery. Additionally, the parties are already engaged in settlement discussions and have mediation scheduled for June 13, 2022. If the parties are unable to resolve this matter through mediation, the parties will need additional time to complete discovery.

In addition to an extension of the trial date, the parties request that all current case deadlines are extended by the same 120 days. If the extension is granted, the new deadlines and

STIPULATED MOTION AND ORDER TO
EXTEND TRIAL DATES - 1
(3:21-cv-05580-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

trial date would be:

        Trial Date: April 3, 2023

        Discovery Cutoff: October 7, 2022

        Dispositive Motions due: November 4, 2022

        Motions in Limine due: February 24, 2023

        Joint Pretrial Statement due: March 3, 2023

        Pretrial conference: March 17, 2023

    RESPECTFULLY SUBMITTED this 26th day of April, 2022.

| | |
|---|---|
| SKIDMORE FOMINA PLLC<br>Attorneys for Plaintiff<br><br>*Added per email authority 04/20/2022*<br>By   */s/ Vera P. Fomina*<br>    Vera P. Fomina, WSBA #49388<br>    Gregory M. Skidmore, WSBA #47462<br>    Damien N. Villarreal, WSBA #50708<br>    SKIDMORE FOMINA PLLC<br>    14205 SE 36th Street, Suite 100<br>    Bellevue, WA 98006<br>    Telephone: 206.495.8585<br>    Email: vfomina@skidmorefomina.com<br>    Email: gskidmore@skidmorefomina.com<br>    Email: dvillarreal@skidmorefomina.com | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant<br><br><br>By   */s/ Rachel G. Marshall*<br>    Gillian L. Murphy, WSBA #37200<br>    Victoria M. Slade, WSBA #44597<br>    Rachel G. Marshall, WSBA #54169<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104-1610<br>    Telephone: 206.622.3150<br>    Fax: 206.757.7700<br>    Email: gillianmurphy@dwt.com<br>    Email: vickyslade@dwt.com<br>    Email: rachelmarshall@dwt.com |

## **ORDER**

Pursuant to the Stipulation of counsel, IT IS SO ORDERED. The Clerk is directed to amend the Order Setting Trial Date and Related Dates as follows:

        Trial Date: April 3, 2023

        Discovery Cutoff: October 7, 2022

        Dispositive Motions due: November 4, 2022

        Motions in Limine due: February 24, 2023

STIPULATED MOTION AND ORDER TO
EXTEND TRIAL DATES - 2
(3:21-cv-05580-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Joint Pretrial Statement due: March 3, 2023

2  Pretrial conference: March 17, 2023

3

4  DATED: 05/09/2022

5  *[signature: Barbara J. Rothstein]*
   THE HONORABLE BARBARA J. ROTHSTEIN
   United States District Court Judge

STIPULATED MOTION AND ORDER TO
EXTEND TRIAL DATES - 3
(3:21-cv-05580-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax